IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
Case No.:

RUTH MORALES,

    Plaintiff,

v.

MEDICAL SERVICES OF
CHATTANOOGA, INC.,

    Defendant
_____/

## ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW, Defendant and files this Answer and Affirmative Defenses to the Plaintiff's Complaint and states:

1. Denied.

2. Admitted that Plaintiff has brought suit under the FDCPA and FCCPA, but denied that Plaintiff is entitled to such relief thereunder.

3. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

4. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

5. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

6. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

7. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

8. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

9. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

10. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

## COUNT I

16. Defendant re-alleges and re-incorporates paragraphs 1 through 15 as if fully stated herein.

17. Denied.

18. Denied.

## COUNT II

19. Defendant re-alleges and re-incorporates paragraphs 1 through 15 as if fully stated herein.

20. Denied (a through b inclusive).

21. Denied.

22. Denied.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Any violation of the law or damage suffered by Plaintiff was due to the affirmative actions and/or omissions of Plaintiff or others, and does not give rise to any claim of damages against Defendant.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff has suffered no damages as a result of any acts or omissions of Defendant.

## FOURTH AFFIRMATIVE DEFENSE

Defendant asserts, without admitting any liability whatsoever, that any violation of federal or state law was unintentional and the result of a bona fide error, notwithstanding reasonable procedures in place to prevent such errors.

## FIFTH AFFIRMATIVE DEFENSE

Defendant states that with regard to any declaratory and injunctive relief sought by Plaintiff, such claims are barred because Plaintiff has an adequate remedy at law.

## DEMAND FOR A JURY TRIAL

The Defendant demands a trial by jury of all issues so triable.

WHEREFORE, Defendant respectfully requests an Order dismissing the case and awarding it attorneys' fees and costs.

Respectfully submitted,

_____
Dale T. Golden, Esquire
FBN 0094080
Charles J. McHale, Esquire
FBN 0026555
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, Florida 33609-2303
813-251-5500 (p)
813-251-3675 (f)
dgolden@gsgfirm.com
cmchale@gsgfirm.com
**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via U.S. Mail to Paul R. Fowkes, Esq. and Ryan c. Hasanbasic, Esq. 2203 N. Lois Avenue, Suite 830, Tampa, FL 33607, this 12 day of June, 2013.

_____
Dale T. Golden, Esquire
FBN 0094080
Charles J. McHale, Esquire
FBN 0026555