IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RUTH MORALES

       Plaintiff,                                         CASE NO. 8:13-cv-01552EAJ

vs.

MEDICAL SERVICES OF CHATTANOOGA, INC.

       Defendant.
_____/

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

       IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendant, Medical Services of Chattanooga, Inc., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), each party to bear their own attorneys' fees and costs.

| | |
|---|---|
| /s/ Charles McHale | /s/ Ryan Hasanbasic |
| Charles McHale, Esq. | Paul R. Fowkes, Esq. |
| Fla. Bar No. 26555 | Fla. Bar No. 723886 |
| 201 N. Armenia Ave. | Ryan C. Hasanbasic, Esq. |
| Tampa, FL 33609 | Fla. Bar No. 044119 |
| (813) 251-5500 | 2203 N. Lois Avenue, Suite 830 |
| *Attorneys for Defendant* | Tampa, Florida 33607 |
| | (813) 221-0500 |
| | (813) 228-7077 (Facsimile) |
| | *Attorneys for Plaintiff* |

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on August 13, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

                                              /s/ Ryan Hasanbasic_____
                                              Attorney Signature